# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MK MANAGEMENT INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut Corporation doing business in California, a wholly owned subsidiary of the Hartford Financial Services Group, Inc.; SIMA SHAHINPAR, individually and dba First Affinity Insurance Solutions; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-01567 DOC (ADSx)<br><br>**STIPULATED ORDER TO EXTEND PROTECTIVE ORDER TO SENTINEL INSURANCE COMPANY, LTD. AND SIMA SHAHINPAR** |

Plaintiff MK Management, Inc. ("MK"), Defendant Sentinel Insurance Company, Ltd. ("Sentinel") and Defendant Sima Shahinpar, individually and dba First Affinity Insurance Solutions ("Sima") hereby stipulate for an order that Sentinel, Sima and MK shall be bound to, and comply with, the

- 1 -
Stipulated Order to Extend Protective Order

1 | Stipulated Protective Order entered on September 24, 2019 [Dkt. 24]
2 | ("Stipulated Protective Order"), that Sentinel and Sima will be deemed
3 | Parties to the Stipulated Protective Order, and that the protections and
4 | obligations of the Stipulated Protective Order entered September 24, 2019
5 | shall extend to Sentinel and Sima, as follows:

6 |     1.    Whereas, MK and former defendant Hartford Casualty
7 | Insurance Company ("Hartford Casualty") were the only parties to the
8 | action under MK's original complaint;

9 |     2.    Whereas, at the time MK and Hartford Casualty submitted
10 | their Stipulation for Protective Order to this honorable court on September
11 | 20, 2019, Sentinel was not a party to the action;

12 |     3.    Whereas, Hartford Casualty's Motion to Dismiss pursuant
13 | to FRCP 12(b)(6) was granted without prejudice on September 20, 2019,
14 | with leave to amend for MK to file a first amended complaint;

15 |     4.    Whereas, the Stipulated Protective Order was signed by
16 | Hon. Autumn D. Spaeth and entered on September 24, 2019;

17 |     5.    Whereas, MK filed a first amended complaint on October
18 | 4, 2019, which added Sentinel in place of Hartford Casualty as the
19 | defendant insurance company, and purported to add Sima as a defendant;

20 |     5.    Whereas, MK, Sima and Sentinel agree to the terms of
21 | the Stipulated Protective Order, and that the Stipulated Protective Order
22 | should continue as to Sentinel and Sima; and

23 |     6.    Therefore, MK , Sima and Sentinel hereby stipulate for an
24 | order that:

25 |     A.    Sentinel, Sima and MK shall be bound to, and comply
26 | with, the Stipulated Protective Order entered on September 24, 2019 [dkt.
27 | 24] ("Stipulated Protective Order");

28 |     B.    Sentinel and Sima will be deemed  Parties to the

- 2 -
Stipulated Order to Extend Protective Order

Stipulated Protective Order; and

  C. The protections and obligations of the Stipulated Protective Order entered September 24, 2019 shall extend to Sentinel and Sima.

  I, Michael L. Parker, attest that all signatories listed below have concurred in the content and have authorized the filing of this Stipulated Protective Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: December 6, 2019  SMITH SMITH & FEELEY LLP

           s/ Michael L. Parker
          Michael L. Parker
          Attorney for Defendant SENTINEL
          INSURANCE COMPANY, LTD.
          Email: mparker@insurlaw.com

DATED: December 6, 2019  LAW OFFICES OF MOKRI & ASSOCIATES

           s/ Brad A. Mokri
          Brad A. Mokri
          Attorney for Plaintiff
          MK MANAGEMENT INC.
          Email: bmokri@mokrilaw.com

DATED: December 6, 2019  CRUSER, MITCHELL, NOVITZ, SNCHEZ, GASTON & ZIMET LLP

           s/ David J. Shinder
          David J. Shinder
          Attorney for Defendant
          SIMA SHAHINPAR, individually
          and dba First Affinity Insurance
          Solutions
          Email: dshinder@cmlawfirm.com

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

1. Sentinel Insurance Company, Ltd. ("Sentinel"), Sima Shahinpar, individually and dba First Affinity Insurance Solutions ("Sima") and MK Management, Inc. ("MK") shall be bound to, and comply with, the Stipulated Protective Order entered on September 24, 2019 [doc. 24] ("Stipulated Protective Order");

2. Sentinel and Sima will be deemed Parties to the Stipulated Protective Order; and

3. The protections and obligations of the Stipulated Protective Order entered September 24, 2019 shall extend to Sentinel and Sima.

Dated: December 18, 2019

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge